**Order entered July 21, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01752-CV

**STUTZ ROAD LIMITED PARTNERSHIP, ET AL., Appellants**

**V.**

**WEEKLEY HOMES, L.P. D/B/A DAVID WEEKLEY HOMES, ET AL., Appellees**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-10-01696-B**

## ORDER

We **GRANT** the unopposed July 17, 2014 motion of appellees Priority Development, L.P. and Weekley Homes, L.P. for an extension of time to file their cross-appellant's/appellees' briefs. The respective briefs shall be filed on or before **August 28, 2014**.

/s/     ADA BROWN
          JUSTICE